IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA

      v.                                                   Criminal Action No.:
                                                          5:21-CR-57 (FJS)

JAHDIER DOWDELL,

                        Defendant.
_____

NICOLAS COMMANDEUR Assistant United States Attorney
KERRY LYN BUSKE, Esq. for Defendant

ANDREW T. BAXTER, United States Magistrate Judge

ORDER APPROVING WAIVER OF APPEARANCE AT ARRAIGNMENT

The Defendant has been charged by Indictment with Conspiracy to Possess with Intent to Distribute and to Distribute Controlled Substances, in violation of Title 21 U.S.C. Section 841(a)(1) and 846, Possession with Intent to Distribute Controlled Substances, in violation of Title 21 U.S.C. Section 841(b)(1)©), and Possession of a Firearm in Furtherance of a Drug Trafficking Crime, in violation of Title 18 U.S.C. Section 9241(c)(1)(A)(i).  (Dkt. No. 27.)

Defendant and defendant's counsel, Kerry Lyn Buske, Esq., have completed a written form advising the court that Jahdier Dowdell wishes to waive his right to appear at a formal arraignment on the pending Indictment, pursuant to Rule 10 of the Federal Rules of Criminal Procedure, as amended. (Dkt. No. 80).

Based upon the defendant's voluntary representations, as confirmed by his attorney, and the understanding that Kerry Lyn Buske, Esq. has explained the consequences of the waiver of appearance to her client, I accept his waiver as

knowing and voluntary. Accordingly, it is hereby

ORDERED that the clerk is directed to enter a plea of not guilty to Indictment No. 5:21-CR-57 (FJS), dated March 19, 2021, on behalf of the defendant, Jahdier Dowdell , such plea to be docketed as having been entered on the date of the signing of this order.

Dated: March 22, 2021

_____
Andrew T. Baxter
U.S. Magistrate Judge